■ DONALD YOST et al., Respondents, v BLUE CROSS AND BLUE SHIELD OF CENTRAL NEW YORK, INC., Appellant. (Appeal No. 2.)—Order unanimously affirmed with costs. Same memorandum as in *Yost v Blue Cross & Blue Shield* ([appeal No. 1] 139 AD2d 903 [decided herewith]). (Appeal from order of Supreme Court, Onondaga County, Hayes, J.—summary judgment.) Present—Doerr, J. P., Boomer, Pine, Balio and Davis, JJ.